

**ORDERED in the Southern District of Florida on December 9, 2019.**

**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| **In re:** | **Chapter 7** |
| Daymark Realty Advisors Inc., | Case No. 18-23750-SMG |
| Daymark Properties Realty, Inc., | Case No. 18-23751-SMG |
| Daymark Residential Management Inc., | Case No. 18-23752-SMG |
| Debtor(s). | (substantively consolidated) |
| _____/ | |

### ORDER GRANTING NOTICE PROCEDURES MOTION AND APPROVING NOTICE OF PROPOSED SETTLEMENT AND BAR ORDERS

**THIS MATTER** came before the Court for hearing on November 13, 2019, upon the Chapter 7 Trustee Chad S. Paiva's (the "Trustee") *Expedited Motion to (1) Establish Notice Procedures Relating to Motion to Approve Settlement Agreements and for Entry of Bar Orders and (2) Set a Hearing on Motion to Approve Settlement* (ECF No. 321) (the "Notice Procedures Motion"). Following the hearing, the Court took the matter under advisement and ordered the parties to meet and confer in an attempt to agree on the form of a *Notice of Proposed Settlement and Request for Bar*

1

*Order* (the "Notice") as contemplated by the Notice Procedures Motion and instructing the parties that if they were unable to agree, to each submit separate proposed Notices. The Trustee and the Objecting Creditors[1] ultimately submitted competing proposed Notices. See Notices of Filing (ECF Nos. 332 and 334).

Upon consideration of the Notice Procedures Motion, the Objecting Creditors' *Opposition to Expedited Motion to (1) Establish Notice Procedures Relating to Motion to Approve Settlement Agreements and for Entry of Bar Orders and (2) Set a Hearing on Motion to Approve Settlement* (ECF No. 324) (the "Opposition"), and the proposed Notices submitted by the Trustee and the Objecting Creditors, the Court hereby **ORDERS** as follows:

1. The Notice Procedures Motion is **GRANTED** to the extent consistent with the approved form of Notice.

2. The form of Notice attached to this Order as Exhibit A is **APPROVED**.

3. Contemporaneously herewith, the Court will enter a separate order scheduling the *Motion to Approve Settlement Agreements and Request for Entry of Bar Order* (ECF No. 319) for a pretrial conference on March 5, 2020, and a final evidentiary hearing on March 18 and 19, 2020, and setting related deadlines.

---

[1] The Objecting Creditors are defined by Mr. Catanzarite and Mr. Frankenthal in their filings as follows: Richard Carlson as Beneficiary of GREIT Liquidating Trust and terminated trust on behalf of himself and all others similarly situated, Tyrone Wynfield derivatively on behalf of and as liquidating trustee for NNN Capital Fund I, LLC, Milton O. Brown as liquidating trustee for NNN Congress Center, LLC, Dennis Dierenfield, individually and in his capacity as trustee of the Dennis Dierenfield Living Trust; 350 Seventh Avenue Associates, L.P. and co-plaintiffs, Willowbrook Apartments, LLCand co-plaintiffs, Plantations at Haywood 1, LLC and co-plaintiffs, 1600 Barberry Lane 8, LLC and coplaintiff, Dennis Dierenfield and co-plaintiffs.

###

Copies furnished to:

AUST

*Barry Gruher, Esq., who shall serve a copy of this Order on all interested parties and file a certificate of service in according with the Local Rules and Bankruptcy Rules.*