

ORDERED in the Southern District of Florida on August 16, 2021.

_____
**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**

| | |
|---|---|
| In re: DAYMARK REALTY ADVISORS, INC., | Case No. 18-23750-SMG |
| In re: DAYMARK PROPERTIES REALTY, INC., | Case No. 18-23751-SMG |
| In re: DAYMARK RESIDENTIAL MANGEMENT, INC., | Case No. 18-23752-SMG |
| | Substantively Consolidated |
| Debtors. | Chapter 7 |
| _____/ | |

## ORDER DENYING EXPEDITED MOTION FOR ORDER SETTING PROCEDURES TO ADRESS OMNIBUS CLAIM OBJECTIONS [D.E. 710]

This matter came before the Court for hearing on July 22, 2021 [D.E. 711] on the *Expedited Motion for Order Setting Procedures to Address Omnibus Claim Objections* (the "Motion")[D.E. 710], and the Court having reviewed the Motion and file and having heard argument of counsel, and for reasons set forth on the record

**ORDERS** that the Motion is denied without prejudice.

# # #

Order Submitted By:

Case No. 18-23750-SMG

Michael P. Dunn, Esq.
Florida Bar No. 100705
**DUNN LAW, P.A.**
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: (786) 433-3866
Fax: (786) 260-0269
Email: Michael.Dunn@dunnlawpa.com

Copies to:

Adam T. Kent, Esq.
California Bar No. 274275
21309 Tulsa Street
Chatsworth, CA 91311
Telephone: (818) 298-5614
Email: adam.t.kent@gmail.com

Attorney Dunn, who shall serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding, and shall file a certificate of service thereof within three (3) business days.