**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:

| | |
|---|---|
| **DAYMARK REALTY ADVISORS, INC.,** | **CASE NO.: 18-23750-RBR** |
| **DAYMARK PROPERTIES REALTY, INC.,** | **CASE NO.: 18-23752-RBR** |
| **DAYMARK RESIDENTIAL MANAGEMENT,** | **CASE NO.: 18-23751-RBR** |
| **INC.,** | **(substantively consolidated)** |
| **Debtors.** | **CHAPTER 7 CASE** |

_____/

<u>**CERTIFICATE OF SERVICE OF ORDER (I) APPROVING SALE OF ASSETS**
**PURSUANT TO TRUSTEE'S NOTICE OF SALE OF BANKRUPTCY ESTATE ASSETS**
**AND (II) SUSTAINING OBJECTION TO TRUSTEE'S NOTICE OF SALE OF**
**BANKRUPTCY ESTATE ASSETS**</u>

  **I HEREBY CERTIFY** that a true and correct copy of the *Order (I) Approving Sale of Assets Pursuant to Trustee's Notice of Sale of Bankruptcy Estate Assets and (II) Sustaining Objection to Trustee's Notice of Sale of Bankruptcy Estate Assets* [ECF 792] has been served via the Court's CM/ECF noticing system to all parties entitled to receive notice via the Court's CM/ECF noticing system on this 31st day of May, 2022 and via U.S. mail to the parties on the attached service list on the 1st day of June, 2022.

  Dated this 31st day of May, 2022.

         **GENOVESE JOBLOVE & BATTISTA, P.A.**
         *Counsel to the Chapter 7 Trustee*
         200 East Broward Blvd, Suite 1110
         Ft. Lauderdale, Florida 33301
         Telephone: (954) 453-8000
         Facsimile: (954) 453-8010

         By: /s/ Barry P. Gruher
         Barry P. Gruher, Esq.
         Florida Bar No.  960993
         bgruher@gjb-law.com
         Eric Jacobs, Esq.
         Florida Bar No. 85992
         ejacobs@gjb-law.com

**Via CM/ECF:**

BMC Group Inc.
tmarshall@bmcgroup.com,
bmcgroup@ecfalerts.com;tfeil@bmcgroup.com;tmarshall@bmcgroup.com

Steven M Berman on behalf of Creditor American National Insurance Company
sberman@slk-law.com, bgoodall@slk-law.com

Kenneth Catanzarite
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Attorney Kenneth J Catanzarite
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor 123 North Wacker, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor 1600 Barberry Lane 8, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor 1600 Barberry Lane 9, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor 350 Seventh Avenue Associates LP
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor NNN 1818 Market Street 13, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor NNN 300 Four Falls 12, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor NNN 300 Four Falls 12,LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor NNN Aventura Harbour Centre 10, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor NNN Aventura Harbour Centre 16, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor NNN Capital Fund I, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor NNN Congress Center, LLC

kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor NNN Four Falls 20, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor NNN Royal 400 12, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Plantations at Haywood 1, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Plantations at Haywood 13, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Plantations at Haywood 2, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Plantations at Haywood 23, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor RRM Enterprises LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Willowbrook Apartments LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Dennis Dierenfield
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Milton O Brown
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Richard Carlson
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Tyrone Wynfield
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor William B Gilmer
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Defendant NNN 1600 Barberry Lane 8, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Defendant NNN 1600 Barberry Lane 9, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Defendant NNN Plantations at Haywood 1, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Defendant NNN Plantations at Haywood 13, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Defendant NNN Plantations at Haywood 2, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Defendant NNN Plantations at Haywood 23, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Defendant Dennis Dierenfield
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Defendant Milton O. Brown
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Defendant Richard Carlson
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Defendant Tyrone Wynfield
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Defendant William B. Gilmer
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Plaintiff 1600 Barberry Lane 8, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Plaintiff 1600 Barberry Lane 9, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Plaintiff Dennis Dierenfeld et.al.
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Plaintiff NNN 1818 Market Street 13 LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Plaintiff NNN Capital Fund I, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Plaintiff NNN Congress Center, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Plaintiff Plantations At Haywood 1, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Plaintiff Plantations at Haywood 13, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Plaintiff Plantations at Haywood 2, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Plaintiff Plantations at Haywood 23, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Plaintiff Richard Carlson as beneficiary of GREIT
Liquidating Trust, etc.
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Plaintiff Katherine Looper
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Plaintiff Ellen B Friedman
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Plaintiff George Vrakas
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Plaintiff Mark Van Mourick
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Plaintiff Milton O Brown
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Plaintiff Paul L Cohen
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Plaintiff Thomas F Scheidt
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Plaintiff Tye Wynfield
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Plaintiff Tyrone Wynfield
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Plaintiff William B Gilmer
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Plaintiff William E Bump
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Attorney Kenneth Catanzarite
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor 123 North Wacker, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor 1600 Barberry Lane 8, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor 1600 Barberry Lane 9, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor 350 Seventh Avenue Associates LP
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Crost Imports, Inc.
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor NNN 1818 Market Street 13, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor NNN 300 Four Falls 12, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor NNN Aventura Harbour 10, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor NNN Aventura Harbour Centre 16, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor NNN Capital Fund I, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor NNN Congress Center, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor NNN Four Falls 20, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor NNN Royal 400 12, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Plantations at Haywood 1, LLC

kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Plantations at Haywood 13, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Plantations at Haywood 2, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Plantations at Haywood 23, LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor RRM Enterprises LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor SuvaWinds, Inc.
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Willowbrook Apartments LLC
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Adrienne Moran
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Daniel P. O'Keefe
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor David Corbett
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Dennis Dierenfield
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Dennis A. Rosene
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Donald Adams
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Edward Henkin
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Eleanor M. Reed
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Ellen B Friedman
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Elsa M. Rosene
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Gail Fortune
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor George Vrakas
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Gerald Berend
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Guy E. Michael
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Harry Katz
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Katherine Looper
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Kathryn B. Chidester
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Loretta Mak
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Mark Van Mourick
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Mary Wojciechowski
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Milton O Brown
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Pat McRoberts
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Paul L Cohen
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Richard Carlson
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Stan Wojciechowski
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Thomas F Scheidt
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Tyrone Wynfield
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor Vicki J. Dronet
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor William B Gilmer
kcatanzarite@catanzarite.com

Kenneth Joseph Catanzarite on behalf of Creditor William E Bump
kcatanzarite@catanzarite.com

Robert P. Charbonneau, Esq. on behalf of Creditor Paul D. Bernstein
rpc@agentislaw.com,
nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Jesse R Cloyd on behalf of Creditor Paul D. Bernstein
jrc@agentislaw.com,
bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Michael P Dunn on behalf of Interested Party GCL, LLC
michael.dunn@dunnlawpa.com, rbasnueva@dunnlawpa.com

Michael P Dunn on behalf of Interested Party Infinity Urban Century, LLC
michael.dunn@dunnlawpa.com, rbasnueva@dunnlawpa.com

Michael P Dunn on behalf of Interested Party Sovereign Capital Management Group, Inc.
michael.dunn@dunnlawpa.com, rbasnueva@dunnlawpa.com

Michael P Dunn on behalf of Interested Party Sovereign Strategic Mortgage Fund, LLC
michael.dunn@dunnlawpa.com, rbasnueva@dunnlawpa.com

Michael P Dunn on behalf of Interested Party Etienne Locoh
michael.dunn@dunnlawpa.com, rbasnueva@dunnlawpa.com

Michael P Dunn on behalf of Interested Party Todd A. Mikles
michael.dunn@dunnlawpa.com, rbasnueva@dunnlawpa.com

Morgan B. Edelboim, Esq. on behalf of Debtor Daymark Realty Advisors Inc.
morgan@elrolaw.com,

eservice@elrolaw.com;tisha@elrolaw.com;edan@elrolaw.com;jz@elrolaw.com;ELRLAW@ecf
.courtdrive.com

Todd S Frankenthal, Esq on behalf of Attorney Kenneth Catanzarite
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Attorney Kenneth J Catanzarite
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Creditor 123 North Wacker, LLC
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Creditor 1600 Barberry Lane 8, LLC
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Creditor 1600 Barberry Lane 9, LLC
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Creditor 350 Seventh Avenue Associates LP
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Creditor NNN 1818 Market Street 13, LLC
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Creditor NNN 300 Four Falls 12, LLC
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Creditor NNN 300 Four Falls 12,LLC
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Creditor NNN Aventura Harbour 10, LLC
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Creditor NNN Aventura Harbour Centre 10, LLC
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Creditor NNN Aventura Harbour Centre 16, LLC
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Creditor NNN Capital Fund I, LLC
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Creditor NNN Congress Center, LLC
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Creditor NNN Four Falls 20, LLC

tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Creditor NNN Royal 400 12, LLC
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Creditor Plantations at Haywood 1, LLC
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Creditor Plantations at Haywood 13, LLC
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Creditor Plantations at Haywood 2, LLC
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Creditor Plantations at Haywood 23, LLC
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Creditor RRM Enterprises LLC
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Creditor Willowbrook Apartments LLC
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Creditor Dennis Dierenfield
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Creditor Milton O Brown
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Creditor Richard Carlson
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Creditor Tyrone Wynfield
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Creditor William B Gilmer
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Defendant NNN 1600 Barberry Lane 8, LLC
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Defendant NNN Plantations at Haywood 1, LLC
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Defendant Dennis Dierenfield
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Defendant Milton O. Brown
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Defendant Richard Carlson
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Defendant Tyrone Wynfield
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Plaintiff 1600 Barberry Lane 8, LLC
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Plaintiff 1600 Barberry Lane 9, LLC
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Plaintiff Dennis Dierenfeld et.al.
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Plaintiff NNN 1818 Market Street 13 LLC
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Plaintiff NNN Capital Fund I, LLC
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Plaintiff NNN Congress Center, LLC
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Plaintiff Plantations At Haywood 1, LLC
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Plaintiff Plantations at Haywood 13, LLC
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Plaintiff Plantations at Haywood 23, LLC
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Plaintiff Richard Carlson as beneficiary of GREIT
Liquidating Trust, etc.
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Plaintiff Katherine Looper
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Plaintiff Ellen B Friedman
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Plaintiff George Vrakas
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Plaintiff Mark Van Mourick
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Plaintiff Milton O Brown
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Plaintiff Paul L Cohen
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Plaintiff Thomas F Scheidt
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Plaintiff Tye Wynfield
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Plaintiff Tyrone Wynfield
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Plaintiff William B Gilmer
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Todd S Frankenthal, Esq on behalf of Plaintiff William E Bump
tsflaw01@aol.com, ejacobsonattsflaw@gmail.com

Kevin C Gleason, Esq on behalf of Creditor Lorraine Capobianco
kgpaecmf@aol.com

Andrea S. Hartley on behalf of Interested Party NW Congress Center Owner, LLC
andrea.hartley@akerman.com, janet.salinas@akerman.com

Andrea S. Hartley on behalf of Interested Party NW Congress Center, LLC
andrea.hartley@akerman.com, janet.salinas@akerman.com

Andrea S. Hartley on behalf of Interested Party Northwood Employees, LP
andrea.hartley@akerman.com, janet.salinas@akerman.com

Andrea S. Hartley on behalf of Interested Party Northwood Investors, LLC
andrea.hartley@akerman.com, janet.salinas@akerman.com

Andrea S. Hartley on behalf of Interested Party Northwood Real Estate Partners TE, LP
andrea.hartley@akerman.com, janet.salinas@akerman.com

Andrea S. Hartley on behalf of Interested Party Northwood Real Estate Partners, LP
andrea.hartley@akerman.com, janet.salinas@akerman.com

Michael S Hoffman on behalf of Creditor Larry J. Samarron and Ceslynn Regalado
Mshoffman@hlalaw.com,
hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.courtdrive.com

Michael S Hoffman on behalf of Creditor Brian Strelitz
Mshoffman@hlalaw.com,
hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.courtdrive.com

Michael S Hoffman on behalf of Creditor Carole J. O'Neill
Mshoffman@hlalaw.com,
hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.courtdrive.com

Michael S Hoffman on behalf of Creditor Gary and Susana Hansen
Mshoffman@hlalaw.com,
hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.courtdrive.com

Michael S Hoffman on behalf of Creditor James Barry Tracton
Mshoffman@hlalaw.com,
hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.courtdrive.com

Michael S Hoffman on behalf of Creditor Janet R. Hemley
Mshoffman@hlalaw.com,
hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.courtdrive.com

Michael S Hoffman on behalf of Creditor Kristine C. Reiss-Petersen
Mshoffman@hlalaw.com,
hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.courtdrive.com

Michael S Hoffman on behalf of Creditor Mitchell Chwatt
Mshoffman@hlalaw.com,
hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.courtdrive.com

Michael S Hoffman on behalf of Creditor Nina Coulter, Trustee
Mshoffman@hlalaw.com,
hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.cour

tdrive.com

Michael S Hoffman on behalf of Creditor Raymond and Joan Vasquez
Mshoffman@hlalaw.com,
hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.cour
tdrive.com

Michael S Hoffman on behalf of Creditor Richard J. Tapp
Mshoffman@hlalaw.com,
hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.cour
tdrive.com

Michael S Hoffman on behalf of Creditor Sean Shinkay
Mshoffman@hlalaw.com,
hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.cour
tdrive.com

Michael S Hoffman on behalf of Creditor Ted and Irene Bliss
Mshoffman@hlalaw.com,
hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.cour
tdrive.com

Michael S Hoffman on behalf of Creditor Wayne Lewis
Mshoffman@hlalaw.com,
hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.cour
tdrive.com

Michael S Hoffman on behalf of Creditor William S. Grimaldi, Jr.
Mshoffman@hlalaw.com,
hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.cour
tdrive.com

Kenneth H Keefe on behalf of Interested Party William Carrozza
ken@keefelawgroup.com, ianb@keefelawgroup.com

Peter W Kelly on behalf of Creditor Richard Garrigues
pkelly@pwkpa.com, pkelly@ecf.courtdrive.com;pwkellyassociates@gmail.com

David W. Langley on behalf of Creditor Donald S. Singer
dave@flalawyer.com, emily@flalawyer.com;monica@flalawyer.com

Brett D Lieberman on behalf of Debtor Daymark Properties Realty Inc.
brett@elrolaw.com,
eservice@elrolaw.com;tisha@elrolaw.com;edan@elrolaw.com;jz@elrolaw.com;ELRLAW@ecf
.courtdrive.com

Brett D Lieberman on behalf of Debtor Daymark Realty Advisors Inc.
brett@elrolaw.com,
eservice@elrolaw.com;tisha@elrolaw.com;edan@elrolaw.com;jz@elrolaw.com;ELRLAW@ecf.courtdrive.com

Brett D Lieberman on behalf of Debtor Daymark Residential Management Inc.
brett@elrolaw.com,
eservice@elrolaw.com;tisha@elrolaw.com;edan@elrolaw.com;jz@elrolaw.com;ELRLAW@ecf.courtdrive.com

Jerry M Markowitz on behalf of Creditor Cottonwood Capital Management, Inc.
jmarkowitz@mrthlaw.com,
ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com

Jerry M Markowitz on behalf of Creditor Cottonwood Capital Property Management II, LLC
jmarkowitz@mrthlaw.com,
ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com

Jerry M Markowitz on behalf of Creditor Cottonwood Residential, O.P., LP
jmarkowitz@mrthlaw.com,
ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com

Jerry M Markowitz on behalf of Creditor Daniel Shaeffer
jmarkowitz@mrthlaw.com,
ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com

Thomas M. Messana, Esq. on behalf of Plaintiff GCL, LLC
tmessana@underwoodmurray.com, dstrand@underwoodmurray.com;tmessana@bellsouth.net

Thomas M. Messana, Esq. on behalf of Plaintiff Infinity Urban Century, LLC
tmessana@underwoodmurray.com, dstrand@underwoodmurray.com;tmessana@bellsouth.net

Thomas M. Messana, Esq. on behalf of Plaintiff Sovereign Capital Management Group, Inc.
tmessana@underwoodmurray.com, dstrand@underwoodmurray.com;tmessana@bellsouth.net

Thomas M. Messana, Esq. on behalf of Plaintiff Sovereign Strategic Mortgage Fund, LLC
tmessana@underwoodmurray.com, dstrand@underwoodmurray.com;tmessana@bellsouth.net

Thomas M. Messana, Esq. on behalf of Plaintiff Etienne Locoh
tmessana@underwoodmurray.com, dstrand@underwoodmurray.com;tmessana@bellsouth.net

Thomas M. Messana, Esq. on behalf of Plaintiff Todd A. Mikles

tmessana@underwoodmurray.com, dstrand@underwoodmurray.com;tmessana@bellsouth.net

Kevin S Neiman on behalf of Interested Party NW Congress Center Owner, LLC
kevin@ksnpc.com

Kevin S Neiman on behalf of Interested Party NW Congress Center, LLC
kevin@ksnpc.com

Kevin S Neiman on behalf of Interested Party Northwood Employees, LP
kevin@ksnpc.com

Kevin S Neiman on behalf of Interested Party Northwood Investors, LLC
kevin@ksnpc.com

Kevin S Neiman on behalf of Interested Party Northwood Real Estate Partners TE, LP
kevin@ksnpc.com

Kevin S Neiman on behalf of Interested Party Northwood Real Estate Partners, LP
kevin@ksnpc.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Chad S. Paiva
trustee.paiva@gmail.com, simone@fenderbollingpaiva.com;ecf.alert+Paiva@titlexi.com

Chad S. Paiva on behalf of Trustee Chad S. Paiva
trustee.paiva@gmail.com, simone@fenderbollingpaiva.com;ecf.alert+Paiva@titlexi.com

Ryan C Reinert on behalf of Creditor NNN Enterprise Way No. 27, LLC
rreinert@shutts.com, adavis@shutts.com

Ariel Rodriguez on behalf of U.S. Trustee Office of the US Trustee
ariel.rodriguez@usdoj.gov

Damaris D Rosich-Schwartz on behalf of U.S. Trustee Office of the US Trustee
Damaris.D.Rosich-Schwartz@usdoj.gov

Mark A Salzberg on behalf of Creditor Western Alliance Bank
mark.salzberg@squirepb.com,
shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-
2003@ecf.pacerpro.com;Gregory.davis@squirepb.com

Barry Seth Turner, Esq. on behalf of Interested Party GCL, LLC
bt@bstpa.com, bstpalaw@gmail.com

Barry Seth Turner, Esq. on behalf of Interested Party Infinity Urban Century, LLC
bt@bstpa.com, bstpalaw@gmail.com

Barry Seth Turner, Esq. on behalf of Interested Party Sovereign Capital Management Group, Inc.
bt@bstpa.com, bstpalaw@gmail.com

Barry Seth Turner, Esq. on behalf of Interested Party Sovereign Strategic Mortgage Fund, LLC
bt@bstpa.com, bstpalaw@gmail.com

Barry Seth Turner, Esq. on behalf of Interested Party Etienne Locoh
bt@bstpa.com, bstpalaw@gmail.com

Barry Seth Turner, Esq. on behalf of Interested Party Todd A. Mikles
bt@bstpa.com, bstpalaw@gmail.com

William M Uptegrove on behalf of Interested Party U.S. Securities and Exchange Commission
uptegrovew@sec.gov, baddleyd@sec.gov;JacobsonN@SEC.GOV

Tamara Van Heel on behalf of Creditor Paul D. Bernstein
tvh@agentislaw.com, bankruptcy@agentislaw.com

**<u>Via U.S. Mail</u>**

Samuel & Marjorie Anderson
502 Overhill Dr
Brandon, FL 33511

William D Chapman
114 Pacific #450
Irvine, CA 92618

Gregory A Davis on behalf of Creditor Western Alliance Bank
1 East Washington Street #2700
Phoenix, AZ 85004

Tinamarie Feil
BMC Group
600 1 Ave
Seattle, WA 98104

Charles Garavaglia
2220 Fremont Drive
Lake Havasu City, AZ 86406

Robert And Virginia Hall
251 S Golf Blvd

Pompano Beach, FL 33064

Randy Hogan
815Pulpit Rock Cir S
Colorado Springs, CO 80918

Carl C Holmen
,

Adam T Kent
21309 Tulsa Street
Chatsworth, CA 91311

Adam T. Kent on behalf of Interested Party GCL, LLC
895 Dove Street, Suite 300
Newport Beach, CA 92663

Adam T. Kent on behalf of Interested Party Infinity Urban Century, LLC
895 Dove Street, Suite 300
Newport Beach, CA 92663

Adam T. Kent on behalf of Interested Party Sovereign Capital Management Group, Inc.
895 Dove Street, Suite 300
Newport Beach, CA 92663

Adam T. Kent on behalf of Interested Party Sovereign Strategic Mortgage Fund, LLC
895 Dove Street, Suite 300
Newport Beach, CA 92663

Adam T. Kent on behalf of Interested Party Etienne Locoh
895 Dove Street, Suite 300
Newport Beach, CA 92663

Adam T. Kent on behalf of Interested Party Todd A. Mikles
895 Dove Street, Suite 300
Newport Beach, CA 92663

Michael D Kibler
11100 Santa Monica Blvd #360
Los Angeles, CA 90025

Rose M Kirby
563
,

George Lebdeff

2056 Great Highway #3
San Francisco, CA 94116

Barry Mukamal
1000 S Federal Highway #200
Ft. Lauderdale, FL 33316

Maria Angela Munoz
1440 Beaumont Ave #A2-149
Beaumont, CA 92223

Henry H Oh
550 S Hope St # 1050
Los Angeles, CA 90071

Henry H Oh on behalf of Creditor Cottonwood Capital Management, Inc.
Shumener, Odson & Oh LLP
550 S. Hope St. Ste 1050
Los Angeles, CA 90071

Henry H Oh on behalf of Creditor Cottonwood Capital Property Management II, LLC
Shumener, Odson & Oh LLP
550 S. Hope St. Ste 1050
Los Angeles, CA 90071

Henry H Oh on behalf of Creditor Cottonwood Residential, O.P., LP
Shumener, Odson & Oh LLP
550 S. Hope St. Ste 1050
Los Angeles, CA 90071

Kenneth R Palmer
529 Constitution Dr
Ephrata, PA 17522

Victoria Pennock
5104 Fort Mason Dr
Austin, TX 78745

Marc J Rothberg
5 Richmond Ave
Milford, MA 01757

John And Maxine Vetter
190 Hemlock St
Montesano, WA 98563

Label Matrix for local noticing
113C-0
Case 18-23750-SMG
Southern District of Florida
Fort Lauderdale
Tue May 31 16:48:08 EDT 2022

American National Insurance Company
Shumaker, Loop & Kendrick, LLP
c/o Steven Berman
101 E. Kennedy Blvd,
Suite 2800
Tampa, FL 33602-5153

BMC Group Inc.
3732 West 120 St
Hawthorne, CA 90250-3202

Cottonwood Capital Management, Inc.
c/o Gregg Christensen, Esq.
Old Mill Corporate Center II
6340 South 300 East, Suite 500
6340 South 300 East, Suite 500
Salt Lake City, UT 84121

Cottonwood Capital Property Management II, L
c/o Gregg Christensen, Esq.
Old Mill Corporate Center II
6340 South 300 East, Suite 500
6340 South 300 East, Suite 500
Salt Lake City, UT 84121

Cottonwood Residential, O.P., LP
c/o Gregg Christensen, Esq.
Old Mill Corporate Center II
6340 South 300 East, Suite 500
Salt Lake City, UT 84121

Daymark Properties Realty Inc.
6750 N Andrews Ave
suite 200
Fort lauderdale, FL 33309-2180

Daymark Realty Advisors Inc.
6750 N. Andrews Ave Suite 200
Fort Lauderdale, FL 33309-2180

Daymark Residential Management Inc.
6750 N. Andrews Ave.
Suite 200
Fort lauderdale, FL 33309-2180

Donald S. Singer
C/O David W. Langley, Esq.
8551 W. Sunrise Blvd., Suite 303
Plantation, FL 33322-4007

Larry J. Samarron and Ceslynn Regalado
c/o Michael S. Hoffman, Esq.
909 N Miami Beach Blvd #201
N Miami Bch, FL 33162-3712

NNN Enterprise Way No. 27, LLC
c/o Shutts & Bowen LLP
4301 W. Boy Scout Blvd., Suite 300
Tampa, FL 33607-5716

NW Congress Center Owner, LLC
c/o Andrea S. Hartley, Esq.
Akerman LLP
98 SE 7th Street
Suite 1100
Miami, FL 33131-3525

NW Congress Center, LLC
c/o Andrea S. Hartley, Esq.
Akerman LLP
98 SE 7th Street
Suite 1100
Miami, FL 33131-3525

Northwood Employees, LP
c/o Andrea S. Hartley, Esq.
Akerman LLP
98 SE 7th Street
Suite 1100
Miami, FL 33131-3525

Northwood Investors, LLC
c/o Andrea S. Hartley, Esq.
Akerman LLP
98 SE 7th Street
Suite 1100
Miami, FL 33131-3525

Northwood Real Estate Partners TE, LP
c/o Andrea S. Hartley, Esq.
Akerman LLP
98 SE 7th Street
Suite 1100
Miami, FL 33131-3525

Northwood Real Estate Partners, LP
c/o Andrea S. Hartley, Esq.
Akerman LLP
98 SE 7th Street
Suite 1100
Miami, FL 33131-3525

U.S. Securities and Exchange Commission
Atlanta Regional Office
950 East Paces Ferry Road, NE
Suite 900
Atlanta, GA 30326-1382

Atlantic Vue Towers, Inc
c/o Edwin C. Bliss
400 S Pointe Dr Apt 2202
Miami Beach, FL 33139-7361

Carole O'Neill Trust
c/o Carole J. O'Neill
4754 La Villa Marina Unit F
Marina Del Rey, CA 90292-7049

Espen Schiefloe
1153 N. Alhambra Cir.
Naples, FL 34103-2526

Grimaldi Jr., William S.
290 Vincent Avenue
Hackensack, NJ 07601-1028

James Barry Tracton Rev Trust
c/o James Barry Tracton
12700 N Bayshore Dr.
North Miami, FL 33181-2428

Jerome A. & Ardys A. Shinkay Rev Tr
c/o Sean Shinkay
3532 N Spring Hill Drive
Janesville, WI 53545-9025

Kelmar Company, LLC
c/o Chwatt, Mitchell
300 W 55th St Apt 2V
New York, NY10019-5141

Larry J. & Ceslynn F Samarron/Regalado
1560 San Andreas Ave
San Jose, CA 95118-1055

Nineteen West Jefferson, LLC
c/o Janet R. Hemley
418 Concord Avenue
Exton, PA 19341-1818

Nita Coulter Trust dtd 1/27/2006
c/o Coulter TEE, Nita L.
3424 Gromer Terrace
La Cresenta, CA 91214-1131

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Raymond D. & Joan E. Vasquez
c/o Raymond D. & Joan E. Vasquez
2742 Reflections Ln
Simi Valley, CA 93065-0241

Santic, Inc.
c/o Reiss-Petersen, Kristine C.
4427 Ranchero Dr.
Soquel, CA 95073-2320

Seacrest Apartments of Miami Beach, Inc
c/o Bliss, Ted & Irene
1715 West 80th Street
Hialeah, FL 33014-3241

Sovereign Capital Management Group, Inc.
750 B Street Suite 2397
San Diego, CA 92101-8124

The Gary M. & Susana Y. Hansen Trust
c/o Gary M. & Susana Y. Hansen
4405 S 189th St
Seatac,WA 98188-5044

Urbanism-Coral Way LLC
c/o Brian Strelitz
1400 NE Miami Gardens Dr Ste 210-A
North Miami Beach, FL 33179-4844

Adam T Kent
21309 Tulsa Street
Chatsworth, CA 91311-1412

Barry Mukamal
1000 S Federal Highway #200
Ft. Lauderdale, FL 33316-1237

Brett D Lieberman
20200 W Dixie Hwy, Suite 905
Miami, FL 33180-1926

Brian Strelitz
c/o Michael S. Hoffman, Esq.
909 N Miami Beach Blvd #201
N Miami Bch, FL 33162-3712

Carole J. O'Neill
c/o Michael S. Hoffman, Esq.
909 N Miami Beach Blvd #201
N Miami Bch, FL 33162-3712

Chad S. Paiva
trustee.paiva@gmail.com
6526 S. Kanner Highway, #376
Stuart, FL 34997-6396

Charles Garavaglia
2220 Fremont Drive
Lake Havasu City, AZ 86406-8315

Daniel Shaeffer
c/o Gregg Christensen, Esq.
Old Mill Corporate Center II
6340 South 300 East, Suite 500
6340 South 300 East, Suite 500
Salt Lake City, UT 84121

Gary and Susana Hansen
c/o Michael S. Hoffman, Esq.
909 N Miami Beach Blvd #201
N Miami Bch, FL 33162-3712

George Lebdeff
2056 Great Highway #3
San Francisco, CA 94116-1067

Henry H Oh
550 S Hope St # 1050
Los Angeles, CA 90071-2615

James Barry Tracton
c/o Michael S. Hoffman, Esq.
909 N Miami Beach Blvd #201
N Miami Bch, FL 33162-3712

Janet R. Hemley
c/o Michael S. Hoffman, Esq.
909 N Miami Beach Blvd #201
N Miami Bch, FL 33162-3712

John And Maxine Vetter
190 Hemlock St
Montesano, WA 98563-4714

Kenneth Catanzarite
2331 West Lincoln Avenue
Anaheim, CA 92801-5103

Kenneth R Palmer
529 Constitution Dr
Ephrata, PA 17522-9177

Kristine C. Reiss-Petersen
c/o Michael S. Hoffman, Esq.
909 N Miami Beach Blvd #201
N Miami Bch, FL 33162-3712

Marc J Rothberg
5 Richmond Ave
Milford, MA 01757-2436

Maria Angela Munoz
1440 Beaumont Ave #A2-149
Beaumont, CA 92223-6820

Michael D Kibler
11100 Santa Monica Blvd #360
Los Angeles, CA 90025-3394

Mitchell Chwatt
c/o Michael S. Hoffman, Esq.
909 N Miami Beach Blvd #201
N Miami Bch, FL 33162-3712

Morgan B. Edelboim Esq.
20200 W. Dixie Hwy
  Suite 905
Miami, FL 33180-1926

Nina Coulter, Trustee
c/o Michael S. Hoffman, Esq.
909 N Miami Beach Blvd #201
N Miami Bch, FL 33162-3712

Paul D. Bernstein
Wilson Elser
100 SE Second Street
Suite 3800
Miami, FL 33131-2126

Randy Hogan
815Pulpit Rock Cir S
Colorado Springs, CO 80918-7046

Raymond and Joan Vasquez
c/o Michael S. Hoffman, Esq.
909 N Miami Beach Blvd #201
N Miami Beach Blvd, FL 33162-3712

Richard Garrigues
c/o P.W.Kelly Associates, P.A.
P.O. Box 331083
Miami, FL 33233-1083

Richard J. Tapp
c/o Michael S. Hoffman, Esq.
909 N Miami Beach Blvd #201
N Miami Bch, FL 33162-3712

Robert And Virginia Hall
251 S Golf Blvd
Pompano Beach, FL 33064-3276

Samuel & Marjorie Anderson
502 Overhill Dr
Brandon, FL 33511

Sean Shinkay
c/o Michael S. Hoffman, Esq.
909 N Miami Beach Blvd #201
N Miami Bch, FL 33162-3712

Ted and Irene Bliss
c/o Michael S. Hoffman, Esq.
909 N Miami Bch Blvd
#201
N Miami Beach, FL 33162-3712

Tinamarie Feil
BMC Group
600 1 Ave
Seattle, WA 98104-2210

Victoria Pennock
5104 Fort Mason Dr
Austin, TX 78745-2313

Wayne Lewis
c/o Michael S. Hoffman, Esq.
909 N Miami Beach Blvd #201
N Miami Bch, FL 33162-3712

William Carrozza
111 SECOND AVE. NE, SUITE 213
ST. PETERSBURG, FL 33701 United States 33701-

William D Chapman
114 Pacific  #450
Irvine, CA 92618-3343

William S. Grimaldi, Jr.
c/o Michael S. Hoffman, Esq.
909 N Miami Beach Blvd #201
N Miami Bch, FL 33162-3712

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)123 North Wacker, LLC

(u)1600 Barberry Lane 8, LLC

(u)1600 Barberry Lane 9, LLC

(u)350 Seventh Avenue Associates LP

(u)Crost Imports, Inc.

(u)GCL, LLC

(u)Infinity Urban Century, LLC

(u)NNN 1818 Market Street 13, LLC

(u)NNN 300 Four Falls 12, LLC

(u)NNN Aventura Harbour 10, LLC

(u)NNN Aventura Harbour Centre 16, LLC

(u)NNN Capital Fund I, LLC

(u)NNN Congress Center, LLC

(u)NNN Four Falls 20, LLC

(u)NNN Royal 400 12, LLC

(u)Plantations at Haywood 1, LLC

(u)Plantations at Haywood 13, LLC

(u)Plantations at Haywood 2, LLC

(u)Plantations at Haywood 23, LLC

(u)RRM Enterprises LLC

(u)Sovereign Capital Management Group, Inc.

(u)Sovereign Strategic Mortgage Fund, LLC

(u)SuvaWinds, Inc.

(u)Western Alliance Bank

(u)Willowbrook Apartments LLC

(u)Atlantic Vue Towers, Incc/o Edwin C. Bliss

(d)Daymark Properties Realty, Inc.
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309-2180

(u)Adrienne Moran

(d)Brett D Lieberman
20200 W Dixie Hwy, Suite 905
miami, FL 33180-1926

(u)Carl C Holmen

(u)Daniel P. O'Keefe

(u)David Corbett

(u)Dennis Dierenfield

(u)Dennis A. Rosene

(u)Donald Adams

(u)Edward Henkin

(u)Eleanor M. Reed

(u)Ellen B Friedman

(u)Elsa M. Rosene

(u)Etienne Locoh

(u)Gail Fortune

(u)George Vrakas

(u)Gerald Berend

(u)Guy E. Michael

(u)Harry Katz

(u)Katherine Looper

(u)Kathryn B. Chidester

(u)Loretta Mak

(u)Lorraine Capobianco

(u)Mark Van Mourick

(u)Mary Wojciechowski

(u)Milton O Brown

(u)Pat McRoberts

(u)Paul L Cohen

(u)Richard Carlson

(u)Rose M Kirby
563

(u)Stan Wojciechowski

(u)Thomas F Scheidt

(u)Todd A. Mikles

(u)Tyrone Wynfield

(u)Vicki J. Dronet

(u)William B Gilmer

(u)William E Bump

End of Label Matrix
Mailable recipients    73
Bypassed recipients    63
Total                 136